UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GREENHORNE & O'MARA, INC.,

    Plaintiff,

v.                                CASE NO.: 1:10cv23-SPM/AK

CONSOLIDATED ELECTRICAL
CONTRACTORS AND ENGINEERS, INC.,

    Defendant.
_____/

## ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Upon consideration, Defendant's Unopposed Motion for an Extension of Time to Answer the Complaint (doc. 6) is granted. Defendant shall have up to and including March 25, 2010, to file and serve its response to the complaint.

SO ORDERED this 17th day of March, 2010.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    Chief United States District Judge